# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                                      )
    v.                               ) CR NO: 1:11-CR-00202
                                      )
LAFAELE FETALINA

**FILED**
JUL 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ☒ Ad Prosequendum        ☐ Ad Testificandum.

Name of Detainee:    **LAFAELE FETALINA**

Detained at (custodian):    **USP ATWATER - U.S. PENITENTIARY, ATWATER, CA**

Detainee is:  a.)  ☒ charged in this district by:
                    ☒ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With:  18 U.S.C. 111(a)(1) and (b) Assault with Bodily Injury of a Federal Officer on Duty
  or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings
  or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

        Signature:    /s/ Yasin Mohammad
        Printed Name & Phone No: **Yasin Mohammad / (559) 497-4000**
        Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
        ☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

7/14/11
Date                                          United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | LAFAELE FETALINA | Male ☒ | Female ☐ |
| Booking or CDC #: | 90256-111 | DOB: | 12/12/1979 |
| Facility Address: | 1 Federal Way | Race: | Asian |
| | Atwater, CA 95301 | FBI #: | |
| Facility Phone: | (209) 386-0257 | | |
| Currently Incarcerated For: | 18 U.S.C. §§111(a)(1) and (b) | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                            (Signature)