DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LAFAELE FETALINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>LAFAELE FETALINA,<br><br>           Defendant. | Case No. 1:11-CR-202 LJO-1<br><br>STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER<br><br>Date:  March 26, 2012<br>Time:  8:30 a.m.<br>Dept :  Hon. Lawrence J. O'Neill |

   **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-entitled case currently set for Monday, March 12, 2012, may be continued to **March 26, 2012, at 8:30 a.m.** Consistent with this new sentencing date, the parties further stipulate that informal objections shall be submitted on **March 5, 2012**, and formal objections shall be submitted on **March 19, 2012.**

   The defense requests this continuance because the defense is informed by its psychological expert that the expert report will not be available in time for the currently-scheduled sentencing date, due in part to the volume of psychological records which date back to Mr. Fetalina's adolescence.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: February 9, 2012                By:   /s/ Yasin Mohammad
                                                      YASIN MOHAMMAD
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                             DANIEL J. BRODERICK
                                             Federal Defender

DATED: February 9, 2012                By:   /s/ Jeremy S. Kroger
                                                        JEREMY S. KROGER
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        Lafaele Fetalina

### O R D E R

**Granted.  Good cause exists.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

     IT IS SO ORDERED.

**Dated:   February 9, 2012**             /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE