BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LAFAELE FETALINA,<br><br>  Defendant. | CASE NO. 1:11-CR-202 LJO<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>Date: March 26, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

After the sentencing date in this matter was set, the Assistant U.S. Attorney on the case was informed that he was accepted to a course at the National Advocacy Center on the East Coast that conflicts with the current sentencing date. To allow the government attorney to attend both the course and the sentencing in this matter, the parties stipulate and request that the sentencing be continued to April 2, 2012 at 8:30 a.m.

                                                                BENJAMIN B. WAGNER
                                                                United States Attorney

DATED: March 21, 2012                        By: /s/ Yasin Mohammad
                                                                    YASIN MOHAMMAD
                                                                    Assistant U.S. Attorney


DATED: March 21, 2011                        By: /s/ Jeremy Kroger
                                                                    Jeremy Kroger
                                                                    Attorney for Defendant

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LAFAELE FETALINA,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:11-CR-202  LJO<br><br>**ORDER TO CONTINUE SENTENCING**<br><br>Date:　April 2, 2012<br>Time:　8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

### <u>ORDER</u>

Good cause has been shown, so the sentencing of Lafaele Fetalina is continued to April 2, 2012 at 8:30 a.m.

IT IS SO ORDERED.

　　Dated:　**March 21, 2012**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE